908

No. 948.   WINKLER v. PRINGLE ET AL.   C. A. 3d Cir. Certiorari denied.

No. 895.   HINDES ET UX. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Robt. H. Rice* for petitioners. *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for the United States.

No. 464, Misc.   STEWART v. EYMAN, WARDEN.   Supreme Court of Arizona.   Certiorari denied.   Petitioner *pro se.   Robert W. Pickrell,* Attorney General of Arizona, and *Edward I. Kennedy* and *Philip M. Haggerty,* Assistant Attorneys General, for respondent.

No. 903, Misc.   MILLER v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox* for the United States.

No. 114.   GENERAL ELECTRIC Co. v. CAREY, PRESIDENT, INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition.   *David L. Benetar* and *H. H. Nordlinger* for petitioner.   *Benjamin C. Sigal, David S. Davidson* and *Isadore Katz* for respondent.

No. 838.   DICKSON, WARDEN, v. PIKE.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. *Stanley Mosk,* Attorney General of California, and *Robert R. Granucci* and *Albert W. Harris, Jr.,* Deputy Attorneys General, for petitioner.   *Henry A. Dietz* for respondent.